Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

Division

REC'D BY_____ D.C.
FEB 14 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

David Fernandez

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

United States

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one)   Yes ___   No ✓

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | David Fernandez |
   | Street Address | 1131 NE 91st Terrace |
   | City and County | Miami, Miami-Dade |
   | State and Zip Code | FL, 33138 |
   | Telephone Number | 9042527594 |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

        E-mail Address        dave.e.fernandez@gmail.com

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

    Name    **United States**

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

    Federal question ✓          Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.**    **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Title 42 Chapter 126 Section 12101
1) Physical and mental disabilities in no way diminish a person's right to fully participate in all aspects of society, yet many people with physical or mental disabilities have been precluded from doing so because of discrimination; others who have a record of a disability also have been subject to discrimination.

**B.**    **If the Basis for Jurisdiction Is Diversity of Citizenship**

   1.    The Plaintiff(s)

       a.    If the plaintiff is an individual

           The plaintiff,    David Fernandez   , is a citizen of

           State of *(name)*    Florida

       b.    If the plaintiff is a corporation

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

The plaintiff, _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation

   The defendant, *(name)* _____, is incorporated the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____ at _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy–the amount the plaintiff claims the defendant owes or the amount stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

   Damages in excess of $75,000 to plaintiff and bweega inc. Estimated losses are between 5-20 million.

### III. Statement of Claim

Federal Action on complaints turned into an operation to steer and dismantle bweega inc.:

1) The plaintiff became disabled on May 31, 2013 after ending a long battle with substance abuse. Part of the plaintiff's recovery included art therapy. In 2016 he wrote an illustrated poem called "Your Light". The plaintiff continued to write as he looked for employment and by the end of 2020 the plaintiff had completed 7 stories but was unable to secure a publishing contract so he registered bweega inc as a Florida corporation on January 4, 2021.

2) The plaintiff reported the first network intrusion to the Federal Bureau of Investigation's IC3 hub in September/October 2019 after finding an unauthorized computer linked to his iCloud account.

3) After failing to receive any recognition in summer and fall of 2021 from his book award submissions to the Florida Authors and Publishers Association, The Florida Book Awards and the prestigious American Library Association, the plaintiff discovered that his online background check contained a felony drug possession charge with intent to distribute in a state that he have never visited. The plaintiff called the Federal Bureau of Investigation and reported the error.

4) On February 1, 2022 The plaintiff moved into a home in North Jacksonville area after resigning from a job due to disagreements over business policies during a trial period. The plaintiff continued his work on a project called Treasure where issues with the internet network connection began. Devices were connected to the internet even when the Wi-Fi was turned off. Passwords to accounts were no longer working, artwork was missing from iCloud storage and social media posts from Facebook and Twitter had been deleted. An effort to crowd-source funding was shutdown by an internet failure and business growth had stalled as the homepage for Treasure had been deleted in the middle of an advertising campaign. Several reports were filed to the FBI's cyber crime reporting hub, IC3, however the network intrusions continued.

5) Entry from November 15, 2022 after the plaintiff entered home with his son: "When I got home yesterday, I began to feel dizzy. I began seeing flashes of light and I was confused and disoriented." The plaintiff dialed JSO twice and 911 twice but the phone just rang and rang. After disconnecting from the Wi-Fi, the call went through and fire rescue arrived. Fire Rescue noted that there was an open propane canister in the apartment next to the home which may of explained the dizzy-spell.

6) On the morning of November 16, 2022 the plaintiff met with two Federal Bureau of Investigation officials in the security check room of the 6061 Gate Parkway N, Jacksonville FL location. After the plaintiff gave a brief explanation of the dizzy-spells and network intrusions, one of the agents mentioned that he should continue updating the IC3 and meeting concluded.

7) As January 31, 2023, the end of the residential lease approached, network intrusions and spells of dizziness led to a 30 day notice to vacate the home and terminate the lease. The plaintiff was left with no choice but to leave his son, foster his cats and relocate to Miami with family.

8) Please see attached for Hercules Ave allegations.

9) Please see attached Maui and Miami allegations

10) The intrusions that occurred from 2017 to 2024 were shaping the subject matter of existing projects and steering the projects the way an investor steers their book of business. While no single action destroyed bweega inc, together, these were the demise of a bright and exciting publishing company.

## IV.     Relief

Since the inception of bweega inc, the totally earnings equal $632.67. Research indicates that publishing companies with leading titles in their subject categories are worth from 5 million to 20 million dollar and up. Considering the ground-breaking nature of Zippi by bweega, the plaintiff is requesting relief of $10 million of lost equity in bweega inc. The plaintiff is also asking to have the opportunity to freely operate his business without federal intrusion, allowing persons with disabilities to the right to fully participate in the right to establish successful business ownership.

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, The plaintiff certify to the best of my knowledge, information,      and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause   unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable  opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the           requirements of Rule 11.

### A.     For Parties Without an Attorney

The plaintiff agree to provide the Clerk's Office with any changes to my address where case–related papers may be        served.  The plaintiff understand that my failure to keep a current address on file with the Clerk's Office may result          in the dismissal of my case.

Date of signing:        2/14/24

Signature of Plaintiff        *[signature]*

Printed Name of Plaintiff        David Fernandez

### B.     For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Hercules Ave, Jacksonville FL

| Date | Entry |
|---|---|
| 7/1/23 | Stoned-like feeling, unable to think clearly 8am and 3:13 pm. |
| 7/17/23 | Security system installed after neighbor snooping. |
| 7/19/23 | Stoned-like feeling 7pm |
| 7/22/23 | Glass break alarm triggered |
| 8/2/23 | Stoned like feeling |
| 8/3/23 | Stoned like feeling |
| 8/4/23 | Stoned like feeling while watching song. |
| 8/5/23 | Suspension in car wentout & came back. |
| 8/6/23 | Stoned like feeling |
| 8/14/23 | Stoned like feeling, unable to complete work. |
| 8/24/23 | Stoned like feeling, unable to complete work. Son shows signs of confusion. |

| Date | Entry |
|---|---|
| 8/26/23 | Stoned like feeling |
| 8/27/23 | Stoned like feeling, unable to complete work. |
| 8/28/23 | Stoned, unable to work or focus. |
| 8/28/23 | Clicking & Clacking coming from walls |
| 8/29/23 | YouTube channel is dying. *The Corresponding report is missing from email.* |
| 8/29/23 | Blair Technology CPU is malfunctioning. only 5 months old. Abandoned 3D Art. |
| 8/29/23 | MacBook Pro not rebooting, unable to complete work. |
| 9/2/23 | Unable to Login to MacBook Pro for work. Password may of been changed. |
| 9/7/23 | Stoned like feeling. |
| 9/9/23 | Lab Rat Artwork (original), deleted. |
| 9/10/23 | Clicking & Clacking in walls Continue. |

*Added in for Clarification*

| Date | Entry |
|---|---|
| 9/10/23 | Missing family artwork (original) from Fresco |
| 9/8/23 | Missing Robot Warrior (original) artwork from Fresco |
| 9/18/23 | Stoned like feeling |
| 9/27/23 | Brush Strokes erased from Fresco |
| 10/9/23 | Cheating to walls, unable to sleep |
| 10/21/23 | Car display is glitching, Car smells like fuel, Unable to sleep, digital attacks continue |
| 10/26/23 | Blood pressure is 170 systolic, 50 over normal |
| 10/31/23 | Gas/Chemical Chamber feeling, Weed altering. *Stimulant in middle of the night* |
| 11/3/23 | Chapter 107 at Zippi by bweega missing |
| 11/7/23 | Unable to sleep, Chest pains |
| 11/7/23 | Facebook Hack, loss of personal account and bweega books account. Hundreds of original pieces of art. No longer in possession. $124 charged to Paypal account Unable to report Cyber Crime to FBI because of Network Failure. *Screen Shot available* |

| | |
|---|---|
| 11/9/23 | Wake up gasping for air in the middle of the night. |
| 11/11/23 | Applied to Facebook Job. Advised them of hack since unable to contact them via email or phone or messenger. |
| 11/13/23 | emailed support@fb.com requesting assistance to retrieve account. * No response* |
| 11/14/23 | email address for abue.e.fernandez@gmail is being used for a different account *Account is not mine.* |
| 11/27/23 | Started like feeling |
| 11/20-11/30/23 | Created new facebook page. New facebook page is no longer being found & requested friends are decreasing. |
| 11/22/23 | DR Harkin Job application submitted from my drafts before I could complete adding references. |
| 11/30/23 | Fresco Password Changed without my knowing. |

| Date | Notes |
|---|---|
| 12/1/23 | Password Change emails with codes are being delayed. |
| 12/10/23 | San is acting Stoned and having difficulty communicating. Cats are crying out in middle of night. |
| 12/16/23 | Slept 1-2 hours. (went in am) |
| 12/17/23 | Feelings of taking too much medication without taking medication. |
| 12/18/23 | 4 hours of sleep. |
| 12/25/23 | Woke up at 11:4, dizzy, no longer dreaming. |
| 12/26/23 | Bouts of increased energy disrupting sleep. Seeing stars when eyes closed. Comfortable in fresh air. |
| 12/30/23 | Unable to connect with CDC on telephone. Mood altering feelings continue. |
| 12/30/23 - 1/1/24 | Sleeping outside often to escape |

1/2/24 Left house 4 month earlier, Left son with mom, Surrendered cats to humane society. Broke lease

1/10/24 Left to Maui in search of a better life.

Maui, HT

| Date | Entry |
|---|---|
| 1/10/24 | Waking up often with dizzy/spinning feeling |
| 1/21/24 | Around One hour of sleep, anxious/agitated feelings. |
| 1/22/24 | Unable to print and email notes to file complaint at UPS Store. *Error Messages* |
| 1/22/24 | Unable to book flight to Honolulu to visit Federal Courthouse. *technical difficulties |
| 1/22/24 | Around One hour of sleep, anxious/agitated feelings. |
| 2/1/24 | Unable to check correct boxes on Trademark application for Costco plex. |
| 2/2/24 | Stimulant - like feeling in LAX airport. |

Miami, FL

2/3/24 Waking up dizzy, drunk-like feeling almost daily. Not dreaming.

2/4/24 Animation frames are moving, almost ghost like to create errors

2/9/24 Burning/feverish on face only, face is red

2/9/24 Stoned-like feeling unable to Complete Civil Complaint

2/11/24 Stimulant like feeling during Sleep around 10:30pm.

2/13/24 Stimulant-Like feeling when sleeping in.